UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09
```

SEYDOU KONE,                                 :

                Plaintiff,               :       **ORDER**

      - against -                          :       08 Civ. 10429 (LTS)(FM)

THE CITY OF NEW YORK, et al.,                :

               Defendants.              :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       As indicated following the settlement conference held earlier today, it is hereby ORDERED that a telephone conference shall be held on October 5, 2009, at 10 a.m. Counsel for plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
             July 1, 2009

                                                                 FRANK MAAS
                                                United States Magistrate Judge

Copies to:

Hon. Laura T. Swain
United States District Judge

Christopher D. Galiardo, Esq.
Myers & Galiardo, LLP
Fax: (212) 986-6250

Kathleen E. Naughton, Esq.
NYC Law Department
Fax: (212) 788-9776